In the Matter of JOHN A. LYONS, as Commissioner of Correction of the State of New York, Respondent, against CARLTON A. FISHER [Successor to HAMILTON WARD, JR.], as Judge of the Erie County Court, Defendant, and JOSEPH PATERNO, Appellant.

Submitted May 26, 1947; decided May 29, 1947.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown and Emil L. Cohen* of counsel), opposed.

Motion dismissed unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.